IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

PHILLIP CRAWFORD,

     Plaintiff,

v.

DIONECIA LEWIS, *et al.*,

     Defendants.

2:24-CV-178-Z-BR

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge to dismiss this case in part pursuant to 28 U.S.C. Section 1915(e)(2)(B). No objections to the Findings, Conclusions and Recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct. ECF No. 15.

It is therefore **ORDERED** that the Findings, Conclusions and Recommendation of the Magistrate Judge are **ADOPTED** and the claims against Defendant Ethan James Murphy are hereby **DISMISSED with prejudice.**

     **SO ORDERED**.

August 29, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE