IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

PHILLIP WAYNE CRAWFORD,

    Plaintiff,

v.

                                          2:24-CV-178-Z-BR

DIONECIA LEWIS, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to Grant Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 29. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge are correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 29) is **ADOPTED** and Defendants' Motion to Dismiss (ECF No. 19) is **GRANTED**.

    **SO ORDERED.**

June _11_, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE